THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONSOLI-
DATED NATIONAL BANK OF NEW YORK, Appellant, *v.*
LAWSON PURDY et al., as Commissioners of Taxes and
Assessments of the City of New York, Respondents.

*People ex rel. Consolidated Nat. Bank* v. *Purdy,* 132 App. Div. 931,
reversed.

(Submitted October 4, 1909; decided November 9, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered May
28, 1909, which affirmed an order of Special Term dismissing
a writ of certiorari to review certain assessments for taxation
upon the capital stock of the relator owned by its respective
shareholders.

*J. Culbert Palmer* and *Edwin L. Kalish* for appellant. ·

*Francis K. Pendleton, Corporation Counsel ( William H.
King* of counsel), for respondents.

VANN, J.   The facts in this proceeding are similar to those
in the case of *The People ex rel. American Exchange
National Bank* v. *Purdy,* decided herewith (196 N. Y. 270),
the differences being of detail only, none of which affect the
principles involved or the questions decided.   The cases were
argued together and submitted on substantially the same
briefs.   The same decision should be made in each and,
accordingly, we reverse the order of the courts below, with
costs in both to appellant, the costs in the Appellate Division
being fixed at fifty dollars and disbursements, and remit the
proceeding to the Special Term with leave to respondents to
there move for a supplemental return.

CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WILLARD
BARTLETT, HISCOCK and CHASE, JJ., concur.

Order reversed, etc.